# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
JGILS, LLC ) ASBCA No. 60627
)
Under Contract No. SPM4A6-12-C-0041 )

APPEARANCE FOR THE APPELLANT: David L. Seidman, Esq.
Seidman & Associates, P.C.
Washington, DC

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Peter M. Casey, Esq.
Trial Attorney
Defense Contract Management Agency
Boston, MA

## ORDER OF DISMISSAL

Appellant's unopposed motion to withdraw the appeal without prejudice, filed prior to the government filing an answer or motion to dismiss, is granted.

Dated: 14 November 2016

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60627, Appeal of JGILS, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals